COPY  E-filing

1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   nlavallee@bermanesq.com
3  Julie J. Bai (227047)
   jbai@bermanesq.com
4  **BERMAN DEVALERIO PEASE TABACCO
   BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA 94010
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6282

**Local Counsel for Plaintiff Bristol County Retirement System**

(Additional Counsel Listed on Signature Page)

ORIGINAL FILED JUN - 6 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

ADR SC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated,<br><br>                    Plaintiff,<br>vs.<br><br>WACHOVIA CORPORATION, G. KENNEDY THOMPSON, THOMAS J. WURTZ, and DONALD K. TRUSLOW,<br><br>                    Defendants. | Case No. **C08-02844**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned, local counsel for Plaintiff Bristol County Retirement System, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Plaintiff Bristol County Retirement System; and

Defendants Wachovia Corporation, G. Kennedy Thompson, Thomas J. Wurtz and Donald K. Truslow.

DATED: June 6, 2008

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

Nicole Lavallee

Joseph J. Tabacco, Jr.
Julie J. Bai
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6282

**Local Counsel for Plaintiff
Bristol County Retirement System**

**LABATON SUCHAROW LLP**
Christopher J. Keller
Andrei V. Rado
Alan I. Ellman
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

**Counsel for Plaintiff
Bristol County Retirement System**

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV. L.R. 3-16

- 1 -