Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Nicole Lavallee (165755)
nlavallee@bermanesq.com
Julie J. Bai (227047)
jbai@bermanesq.com
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94010
Telephone: (415) 433-3200
Facsimile:  (415) 433-6282

Local Counsel for Plaintiff Bristol County Retirement System

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated,
    Plaintiff,
vs.
WACHOVIA CORPORATION, G. KENNEDY THOMPSON, THOMAS J. WURTZ, and DONALD K. TRUSLOW,
    Defendants.

Case No. C08-02844

CERTIFICATE OF COUNSEL ANDREI V. RADO PURSUANT TO CIV. L.R. 3-7(D)

CERTIFICATE OF COUNSEL ANDREI V. RADO PURSUANT TO CIV. L.R. 3-7(D)

1     Pursuant to Northern District Local Rule 3-7(d), I, Andrei V. Rado, declare as follows:

2     Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed this 6th day of June 2008, at New York, New York.

*/s/ Andrei V. Rado*
Andrei V. Rado

CERTIFICATE OF COUNSEL ANDREI V. RADO PURSUANT TO CIV. L.R. 3-7(D)    - 1 -