COPY

ORIGINAL
FILED

JUN - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1    Joseph J. Tabacco, Jr. (75484)
     jtabacco@bermanesq.com
2    Nicole Lavallee (165755)
     nlavallee@bermanesq.com
3    Julie J. Bai (227047)
     jbai@bermanesq.com
4    **BERMAN DEVALERIO PEASE TABACCO**
     **BURT & PUCILLO**
5    425 California Street, Suite 2100
     San Francisco, CA  94010
6    Telephone: (415) 433-3200
     Facsimile:  (415) 433-6282
7

8    **Local Counsel for Plaintiff Bristol County Retirement System**

9                    **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

ADR

12   BRISTOL COUNTY RETIREMENT        )    Case No.  **C08-02844 SC**
     SYSTEM, Individually and on Behalf of all   )
13   Others Similarly Situated,       )    **CERTIFICATE OF COUNSEL**
                         Plaintiff,    )    **JULIE J. BAI PURSUANT TO CIV. L.R.**
14        vs.                         )    **3-7(D)**
                                      )
15   WACHOVIA CORPORATION, G.         )
     KENNEDY THOMPSON, THOMAS J.      )
16   WURTZ, and DONALD K. TRUSLOW,    )
                                      )
17                       Defendants.  )
                                      )
18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF COUNSEL
JULIE J. BAI PURSUANT TO CIV. L.R. 3-7(D)

1    Pursuant to Northern District Local Rule 3-7(d), I, Julie J. Bai, declare as follows:

2    Exclusive of securities held through mutual funds or discretionary accounts managed by

3    professional money managers, I do not directly own or otherwise have a beneficial interest in the

4    securities that are the subject of this action.

5    I declare under penalty of perjury under the laws of the United States that the foregoing is

6    true and correct.

7    Executed this 6th day of June 2008, at San Francisco, California.

8

9    _____
     Julie J. Bai

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF COUNSEL
NICOLE LAVALLEE PURSUANT TO CIV. L.R. 3-7(D)                                    - 1 -