1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   nlavallee@bermanesq.com
3  Julie J. Bai (227047)
   jbai@bermanesq.com
4  **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA 94010
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6282
7
   Local Counsel for Plaintiff Bristol County Retirement System
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
12 BRISTOL COUNTY RETIREMENT          )  Case No. C08-02844
   SYSTEM, Individually and on Behalf of all )
13 Others Similarly Situated,         )  CERTIFICATE OF COUNSEL
                      Plaintiff,      )  ALAN I. ELLMAN PURSUANT TO CIV.
14         vs.                        )  L.R. 3-7(D)
                                      )
15 WACHOVIA CORPORATION, G.           )
   KENNEDY THOMPSON, THOMAS J.        )
16 WURTZ, and DONALD K. TRUSLOW,      )
                                      )
17                    Defendants.     )
                                      )
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF COUNSEL ALLAN I. ELLMAN PURSUANT TO CIV. L.R. 3-7(D)

1   Pursuant to Northern District Local Rule 3-7(d), I, Alan I. Ellman, declare as follows:

2   Exclusive of securities held through mutual funds or discretionary accounts managed by
3   professional money managers, I do not directly own or otherwise have a beneficial interest in the
4   securities that are the subject of this action.

5   I declare under penalty of perjury under the laws of the United States that the foregoing is
6   true and correct.

7   Executed this 6th day of June 2008, at New York, New York.

*/s/ Alan Ellman*
Alan I. Ellman

CERTIFICATE OF COUNSEL ALLAN I. ELLMAN PURSUANT TO CIV. L.R. 3-7(D)   - 1 -