COPY



1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   nlavallee@bermanesq.com
3  Julie J. Bai (227047)
   jbai@bermanesq.com
4  **BERMAN DEVALERIO PEASE TABACCO
   BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA 94010
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6282
7
   Local Counsel for Plaintiff Bristol County Retirement System
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11
12  BRISTOL COUNTY RETIREMENT           )  Case No. C08-02844
    SYSTEM, Individually and on Behalf of all )
13  Others Similarly Situated,              )  CERTIFICATE OF COUNSEL
                              Plaintiff,    )  CHRISTOPHER J. KELLER PURSUANT
14       vs.                                )  TO CIV. L.R. 3-7(D)
                                            )
15  WACHOVIA CORPORATION, G.                )
    KENNEDY THOMPSON, THOMAS J.             )
16  WURTZ, and DONALD K. TRUSLOW,           )
                                            )
17                            Defendants.   )
                                            )
18

CERTIFICATE OF COUNSEL
CHRISTOPHER J. KELLER PURSUANT TO CIV. L.R. 3-7(D)

1   Pursuant to Northern District Local Rule 3-7(d), I, Christopher J. Keller, declare as follows:

2   Exclusive of securities held through mutual funds or discretionary accounts managed by
3   professional money managers, I do not directly own or otherwise have a beneficial interest in the
4   securities that are the subject of this action.

5   I declare under penalty of perjury under the laws of the United States that the foregoing is
6   true and correct.

7   Executed this 5th day of June 2008, at New York, New York.

*(signature)* /AK
Christopher J. Keller

CERTIFICATE OF COUNSEL
CHRISTOPHER J. KELLER PURSUANT TO CIV. L.R. 3-7(D)                                    - 1 -