AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

BRISTOL COUNTY RETIREMENT SYSTEM,
Individually and on Behalf of all Others )
Similarly Situated, )
            )
        Plaintiff, )  Civil Action No.
vs. )
WACHOVIA CORPORATION, G. KENNEDY THOMPSON, )  **C08-02844**
THOMAS J. WURTZ, and DONALD K. TRUSLOW, )
       Defendants.

## Summons in a Civil Action

To: See attached.

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Joseph J. Tabacco, Jr.
BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
425 California Suite, Suite 2100
San Francisco, CA 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                         Richard W. Wieking
                         Name of clerk of court

Date: JUN - 6 2008               **CYNTHIA LENAHAN**
                         Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

*Bristol County Retirement System v. Wachovia Corporation, et al.*
**Attachment to Summons**

Wachovia Corporation
301 South College Street Suite 4000
One Wachovia Center
Charlotte, NC  28288-0013

G. Kennedy Thompson
Wachovia Corporation
301 South College Street Suite 4000
One Wachovia Center
Charlotte, NC  28288-0013

Thomas J. Wurtz
Wachovia Corporation
301 South College Street Suite 4000
One Wachovia Center
Charlotte, NC  28288-0013

Donald K. Truslow
Wachovia Corporation
301 South College Street Suite 4000
One Wachovia Center
Charlotte, NC  28288-0013

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

                                        Server's signature

                                        Printed name and title

                                        Server's address