1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   nlavallee@bermanesq.com
3  Julie J. Bai (227047)
   jbai@bermanesq.com
4  **BERMAN DEVALERIO PEASE TABACCO**
   **BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA 94010
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6282
7
   **Local Counsel for Plaintiff Bristol County Retirement System**
8
   [Additional Counsel Appear on Signature Page]
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 | BRISTOL COUNTY RETIREMENT         ) Case No. C-08-02844-SC
   | SYSTEM, Individually and on Behalf of all )
15 | Others Similarly Situated,                 ) CLASS ACTION
   |                         Plaintiff,         )
16 | vs.                                        ) **APPLICATION FOR ADMISSION OF**
   |                                            ) **ALAN I. ELLMAN AS ATTORNEY** *PRO*
17 | WACHOVIA CORPORATION, G.           ) *HAC VICE*
   | KENNEDY THOMPSON, THOMAS J.        )
18 | WURTZ, and DONALD K. TRUSLOW,      )
   |                                            )
19 |                         Defendants.        )

[C08-02844-SC] APPLICATION FOR ADMISSION
OF ALAN I. ELLMAN AS ATTORNEY *PRO HAC VICE*

1  Pursuant to Civil L.R. 11-3, I, Alan I. Ellman, an active member in good standing of the
2  bars of the United States District Courts for the Southern and Eastern Districts of New York,
3  hereby applies for admission to practice in the Northern District of California on a *pro hac vice*
4  basis representing plaintiff in the above-entitled action.

5  In support of this application, I certify on oath that:

6  1.  I am an active member in good standing of a United States Court or of the highest
7  court of another State or the District of Columbia, as indicated above;

8  2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local
9  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
10 with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

11 3.  An attorney who is a member of the bar of this Court in good standing and who
12 maintains an office within the State of California has been designated as co-counsel in the above-
13 entitled action.  The name, address and phone number of that attorney is:

14  Joseph J. Tabacco, Jr. (SBN 75484)
    Berman DeValerio Pease Tabacco Burt & Pucillo
15  425 California Street, Suite 2100
    San Francisco, CA  94104
16  Telephone: (415) 433-3200
    Facsimile:  (415) 433-6382

17  I declare under penalty of perjury under the laws of the United States that the foregoing is
18  true and correct.

19  Dated: June *12*, 2008

20

21                      By: _____
                                   ALAN I. ELLMAN
22

[C08-02844-SC] APPLICATION FOR ADMISSION
OF ALAN I. ELLMAN AS ATTORNEY *PRO HAC VICE*                                      - 1 -

1 | Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
2 | Nicole Lavallee (165755)
nlavallee@bermanesq.com
3 | Julie J. Bai (227047)
jbai@bermanesq.com
4 | **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
5 | 425 California Street, Suite 2100
San Francisco, CA 94010
6 | Telephone: (415) 433-3200
Facsimile: (415) 433-6282
7
8 | **Local Counsel for Plaintiff Bristol County Retirement System**
[Additional Counsel Appear on Signature Page]
9

10 | **UNITED STATES DISTRICT COURT**
11 | **NORTHERN DISTRICT OF CALIFORNIA**
12 | **SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated,<br><br>                   Plaintiff,<br>vs.<br><br>WACHOVIA CORPORATION, G. KENNEDY THOMPSON, THOMAS J. WURTZ, and DONALD K. TRUSLOW,<br><br>                   Defendants. | Case No. C-08-02844-SC<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ALAN I ELLMAN AS ATTORNEY *PRO HAC VICE*** |

[C08-02844-SC] [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ALAN I. ELLMAN AS ATTORNEY *PRO HAC VICE*

1  Alan I. Ellman, an active member in good standing of the bar of the United States District
2  Court for the Southern and Eastern Districts of New York, whose business address and telephone
3  number are

   LABATON SUCHAROW LLP
   140 Broadway
   New York, NY 10005
   (212) 907-0700

7  having applied in the above-entitled action for admission to practice in the Northern District of
8  California on a *pro hac vice* basis, representing plaintiff,

9  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
10 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
11 *vice*. Service of papers upon and communication with co-counsel designated in the application
12 will constitute notice to the party. All future filings in this action are subject to the requirements
13 contained in General Order No. 45, Electronic Case Filing.

15 DATED: _____
                                    UNITED STATES DISTRICT COURT JUDGE

[C08-02844-SC] [PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ALAN I. ELLMAN AS ATTORNEY *PRO HAC VICE*                - 1 -