ORIGINAL

1 | Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com

2 | Nicole Lavallee (165755)
nlavallee@bermanesq.com

3 | Julie J. Bai (227047)
jbai@bermanesq.com

4 | **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

5 | 425 California Street, Suite 2100
San Francisco, CA 94010

6 | Telephone: (415) 433-3200
Facsimile: (415) 433-6282

7

**Local Counsel for Plaintiff Bristol County Retirement System**

8

[Additional Counsel Appear on Signature Page]

9

**FILED**

08 JUN 17 PM 2: 55

ERN. U.S. DISTRICT COURT
RICT OF CALIFORNIA

10 | **UNITED STATES DISTRICT COURT**

11 | **NORTHERN DISTRICT OF CALIFORNIA**

12 | **SAN FRANCISCO DIVISION**

13

14 | BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all

15 | Others Similarly Situated,
                                        Plaintiff,

16 |    vs.

17 | WACHOVIA CORPORATION, G. KENNEDY THOMPSON, THOMAS J.

18 | WURTZ, and DONALD K. TRUSLOW,

19 |                                     Defendants.

| Case No. C-08-02844-SC |

| CLASS ACTION |

| **APPLICATION FOR ADMISSION OF CHRISTOPHER J. KELLER AS ATTORNEY *PRO HAC VICE*** |

20

21

22

23

24

25

26

27

28

[C08-02844-SC] APPLICATION FOR ADMISSION
OF CHRISTOPHER J. KELLER AS ATTORNEY *PRO HAC VICE*

1    Pursuant to Civil L.R. 11-3, I, Christopher J. Keller, an active member in good standing of

2  the bars of the United States District Courts for the Southern and Eastern Districts of New York,

3  hereby applies for admission to practice in the Northern District of California on a *pro hac vice*

4  basis representing plaintiff in the above-entitled action.

5    In support of this application, I certify on oath that:

6    1.    I am an active member in good standing of a United States Court or of the highest

7  court of another State or the District of Columbia, as indicated above;

8    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

9  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar

10  with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

11    3.    An attorney who is a member of the bar of this Court in good standing and who

12  maintains an office within the State of California has been designated as co-counsel in the above-

13  entitled action.  The name, address and phone number of that attorney is:

14    Joseph J. Tabacco, Jr. (SBN 75484)
      Berman DeValerio Pease Tabacco Burt & Pucillo
15    425 California Street, Suite 2100
      San Francisco, CA  94104
16    Telephone: (415) 433-3200
      Facsimile:  (415) 433-6382

17

    I declare under penalty of perjury under the laws of the United States that the foregoing is
18
  true and correct.
19
  Dated: June /2 , 2008
20

21                              By:    _____
                                              CHRISTOPHER J. KELLER
22

23

24

25

26

27

28

[C08-02844-SC] APPLICATION FOR ADMISSION
OF CHRISTOPHER J. KELLER AS ATTORNEY *PRO HAC VICE*                          - 1 -

1 | Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
2 | Nicole Lavallee (165755)
nlavallee@bermanesq.com
3 | Julie J. Bai (227047)
jbai@bermanesq.com
4 | **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
5 | 425 California Street, Suite 2100
San Francisco, CA 94010
6 | Telephone: (415) 433-3200
Facsimile: (415) 433-6282
7 |
**Local Counsel for Plaintiff Bristol County Retirement System**
8 |
[Additional Counsel Appear on Signature Page]
9 |
10 | **UNITED STATES DISTRICT COURT**
11 | **NORTHERN DISTRICT OF CALIFORNIA**
12 | **SAN FRANCISCO DIVISION**
13 |
14 | BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all
15 | Others Similarly Situated,                    Plaintiff,
16 | vs.
17 | WACHOVIA CORPORATION, G. KENNEDY THOMPSON, THOMAS J.
18 | WURTZ, and DONALD K. TRUSLOW,
19 |                                 Defendants.

)
)
) Case No. C-08-02844-SC
)
) CLASS ACTION
)
) **[PROPOSED] ORDER GRANTING**
) **APPLICATION FOR ADMISSION OF**
) **CHRISTOPHER J. KELLER AS**
) **ATTORNEY *PRO HAC VICE***
)
)
)
)

[C08-02844-SC] [PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF CHRISTOPHER J. KELLER AS ATTORNEY *PRO HAC VICE*

1     Christopher J. Keller, an active member in good standing of the bar of the United States

2   District Court for the Southern and Eastern Districts of New York, whose business address and

3   telephone number are

4           LABATON SUCHAROW LLP
              140 Broadway
5           New York, NY  10005
              (212) 907-0700

6

7   having applied in the above-entitled action for admission to practice in the Northern District of

8   California on a *pro hac vice* basis, representing plaintiff,

9         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

10   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

11   *vice*. Service of papers upon and communication with co-counsel designated in the application

12   will constitute notice to the party. All future filings in this action are subject to the requirements

13   contained in General Order No. 45, Electronic Case Filing.

14

15   DATED: _____    _____
                                        UNITED STATES DISTRICT COURT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

[C08-02844-SC] [PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF CHRISTOPHER J. KELLER AS ATTORNEY *PRO HAC VICE*     - 1 -