ORIGINAL

1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   nlavallee@bermanesq.com
3  Julie J. Bai (227047)
   jbai@bermanesq.com
4  **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA  94010
6  Telephone: (415) 433-3200
   Facsimile:  (415) 433-6282
7
   **Local Counsel for Plaintiff Bristol County Retirement System**
8
   [Additional Counsel Appear on Signature Page]
9

FILED
08 JUN 17 PM 3:00

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION
13

14  BRISTOL COUNTY RETIREMENT          )  Case No. C-08-02844-SC
    SYSTEM, Individually and on Behalf of all )
15  Others Similarly Situated,          )  CLASS ACTION
                             Plaintiff, )
16         vs.                          )  **APPLICATION FOR ADMISSION OF**
                                        )  **ANDREI V. RADO AS ATTORNEY** *PRO*
17  WACHOVIA CORPORATION, G.            )  *HAC VICE*
    KENNEDY THOMPSON, THOMAS J.         )
18  WURTZ, and DONALD K. TRUSLOW,       )
                                        )
19                          Defendants. )
                                        )
20
21
22
23
24
25
26
27
28

[C08-02844-SC] APPLICATION FOR ADMISSION
OF ANDREI V. RADO AS ATTORNEY *PRO HAC VICE*

1    Pursuant to Civil L.R. 11-3, I, Andrei V. Rado, an active member in good standing of the bars
2    of the United States District Courts for the Southern and Eastern Districts of New York, hereby
3    applies for admission to practice in the Northern District of California on a *pro hac vice* basis
4    representing plaintiff in the above-entitled action.

5    In support of this application, I certify on oath that:

6    1.    I am an active member in good standing of a United States Court or of the highest
7    court of another State or the District of Columbia, as indicated above;

8    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule
9    11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the
10   Local Rules and the Alternative Dispute Resolution programs of this Court; and

11   3.    An attorney who is a member of the bar of this Court in good standing and who
12   maintains an office within the State of California has been designated as co-counsel in the above-
13   entitled action. The name, address and phone number of that attorney is:

> Joseph J. Tabacco, Jr. (SBN 75484)
> Berman DeValerio Pease Tabacco Burt & Pucillo
> 425 California Street, Suite 2100
> San Francisco, CA 94104
> Telephone: (415) 433-3200
> Facsimile: (415) 433-6382

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 2, 2008

By: _____
         ANDREI V. RADO

[C08-02844-SC] APPLICATION FOR ADMISSION
OF ANDREI V. RADO AS ATTORNEY *PRO HAC VICE*                                                    - 1 -

1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   nlavallee@bermanesq.com
3  Julie J. Bai (227047)
   jbai@bermanesq.com
4  **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA  94010
6  Telephone: (415) 433-3200
   Facsimile:  (415) 433-6282
7
   **Local Counsel for Plaintiff Bristol County Retirement System**
8
   [Additional Counsel Appear on Signature Page]
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13  _____

14  BRISTOL COUNTY RETIREMENT        )   Case No. C-08-02844-SC
    SYSTEM, Individually and on Behalf of all )
15  Others Similarly Situated,       )   CLASS ACTION
                         Plaintiff,  )
16       vs.                         )   **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF**
                                     )   **ANDREI V. RADO AS ATTORNEY *PRO***
17  WACHOVIA CORPORATION, G.         )   ***HAC VICE***
    KENNEDY THOMPSON, THOMAS J.      )
18  WURTZ, and DONALD K. TRUSLOW,    )
                                     )
19                       Defendants. )
    _____)

20

[C08-02844-SC] [PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ANDREI V. RADO AS ATTORNEY *PRO HAC VICE*

1      Andrei V. Rado, an active member in good standing of the bar of the United States
2  District Court for the Southern and Eastern Districts of New York, whose business address and
3  telephone number are

4      LABATON SUCHAROW LLP
    140 Broadway
5      New York, NY 10005
    (212) 907-0700
6

7  having applied in the above-entitled action for admission to practice in the Northern District of
8  California on a *pro hac vice* basis, representing plaintiff,

9      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
10 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
11 *vice*. Service of papers upon and communication with co-counsel designated in the application
12 will constitute notice to the party. All future filings in this action are subject to the requirements
13 contained in General Order No. 45, Electronic Case Filing.

14

15 DATED: _____     _____
                                           UNITED STATES DISTRICT COURT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28