1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   nlavallee@bermanesq.com
3  Julie J. Bai (227047)
   jbai@bermanesq.com
4  **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA 94010
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6282
7
8  **Local Counsel for Plaintiff Bristol County Retirement System**

   [Additional Counsel Appear on Signature Page]

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                  SAN FRANCISCO DIVISION

| | |
|---|---|
| BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated,<br><br>                    Plaintiff,<br>vs.<br><br>WACHOVIA CORPORATION, G. KENNEDY THOMPSON, THOMAS J. WURTZ, and DONALD K. TRUSLOW,<br><br>                    Defendants. | Case No. C-08-02844-SC<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ALAN I ELLMAN AS ATTORNEY *PRO HAC VICE* |

[C08-02844-SC] [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ALAN I. ELLMAN AS ATTORNEY *PRO HAC VICE*

1  Alan I. Ellman, an active member in good standing of the bar of the United States District
2  Court for the Southern and Eastern Districts of New York, whose business address and telephone
3  number are

       LABATON SUCHAROW LLP
       140 Broadway
       New York, NY  10005
       (212) 907-0700

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED: 6/19/08

UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Samuel Conti

[C08-02844-SC] [PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ALAN I. ELLMAN AS ATTORNEY *PRO HAC VICE*   - 1 -