1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   nlavallee@bermanesq.com
3  Julie J. Bai (227047)
   jbai@bermanesq.com
4  **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA 94010
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6282

**Local Counsel for Plaintiff Bristol County Retirement System**

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated,<br>　　　　　　Plaintiff,<br>vs.<br>WACHOVIA CORPORATION, G. KENNEDY THOMPSON, THOMAS J. WURTZ, and DONALD K. TRUSLOW,<br>　　　　　　Defendants. | Case No. C-08-02844-SC<br><br>CLASS ACTION<br><br>[PROPOSED] **ORDER GRANTING APPLICATION FOR ADMISSION OF CHRISTOPHER J. KELLER AS ATTORNEY *PRO HAC VICE*** |

[C08-02844-SC] [PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF CHRISTOPHER J. KELLER AS ATTORNEY *PRO HAC VICE*

1  Christopher J. Keller, an active member in good standing of the bar of the United States
2  District Court for the Southern and Eastern Districts of New York, whose business address and
3  telephone number are

4  LABATON SUCHAROW LLP
   140 Broadway
5  New York, NY 10005
   (212) 907-0700
6

7  having applied in the above-entitled action for admission to practice in the Northern District of
8  California on a *pro hac vice* basis, representing plaintiff,

9  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
10 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
11 *vice*. Service of papers upon and communication with co-counsel designated in the application
12 will constitute notice to the party. All future filings in this action are subject to the requirements
13 contained in General Order No. 45, Electronic Case Filing.

15 DATED: 6/19/08

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

[C08-02844-SC] [PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF CHRISTOPHER J. KELLER AS ATTORNEY *PRO HAC VICE*    - 1 -