1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   nlavallee@bermanesq.com
3  Julie J. Bai (227047)
   jbai@bermanesq.com
4  **BERMAN DEVALERIO PEASE TABACCO**
   **BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA  94010
6  Telephone: (415) 433-3200
   Facsimile:  (415) 433-6282
7
   **Local Counsel for Plaintiff Bristol County Retirement System**
8
   [Additional Counsel Appear on Signature Page]
9

10                **UNITED STATES DISTRICT COURT**

11               **NORTHERN DISTRICT OF CALIFORNIA**

12                    **SAN FRANCISCO DIVISION**

13

14  BRISTOL COUNTY RETIREMENT            )   Case No. C-08-02844-SC
    SYSTEM, Individually and on Behalf of all )
15  Others Similarly Situated,               )   CLASS ACTION
                            Plaintiff,      )
16           vs.                            )   [PROPOSED] ORDER GRANTING
                                            )   APPLICATION FOR ADMISSION OF
17  WACHOVIA CORPORATION, G.                )   ANDREI V. RADO AS ATTORNEY *PRO*
    KENNEDY THOMPSON, THOMAS J.             )   *HAC VICE*
18  WURTZ, and DONALD K. TRUSLOW,           )
                                            )
19                          Defendants.     )
                                            )
20

21

22

23

24

25

26

27

28

    [C08-02844-SC] [PROPOSED] ORDER GRANTING APPLICATION
    FOR ADMISSION OF ANDREI V. RADO AS ATTORNEY *PRO HAC VICE*

1    Andrei V. Rado, an active member in good standing of the bar of the United States

2  District Court for the Southern and Eastern Districts of New York, whose business address and

3  telephone number are

4           LABATON SUCHAROW LLP
            140 Broadway
5           New York, NY 10005
            (212) 907-0700
6

7  having applied in the above-entitled action for admission to practice in the Northern District of

8  California on a *pro hac vice* basis, representing plaintiff,

9    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

10  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

11  *vice*. Service of papers upon and communication with co-counsel designated in the application

12  will constitute notice to the party. All future filings in this action are subject to the requirements

13  contained in General Order No. 45, Electronic Case Filing.

14

15  DATED: ___ 6/19/08 _____

16                    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

[C08-02844-SC] [PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ANDREI V. RADO AS ATTORNEY *PRO HAC VICE*          - 1 -