1 | Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
2 | Nicole Lavallee (165755)
nlavallee@bermanesq.com
3 | Julie J. Bai (227047)
jbai@bermanesq.com
4 | **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
5 | 425 California Street, Suite 2100
San Francisco, CA 94010
6 | Telephone: (415) 433-3200
Facsimile: (415) 433-6282
7 |
Local Counsel for Plaintiff Bristol County Retirement System

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated, <br><br>   Plaintiff, <br><br> vs. <br><br> WACHOVIA CORPORATION, G. KENNEDY THOMPSON, THOMAS J. WURTZ, and DONALD K. TRUSLOW, <br><br>   Defendants. | Case No. C-08-02844-SC <br><br> **CERTIFICATE OF COUNSEL JOSEPH J. TABACCO, JR. PURSUANT TO CIV. L.R. 3-7(D)** |

CERTIFICATE OF COUNSEL
JOSEPH J. TABACCO, JR. PURSUANT TO CIV. L.R. 3-7(D)

1  Pursuant to Northern District Local Rule 3-7(d), I, Joseph J. Tabacco, Jr., declare as follows:

2  Exclusive of securities held through mutual funds or discretionary accounts managed by
3  professional money managers, I do not directly own or otherwise have a beneficial interest in the
4  securities that are the subject of this action.

5  I declare under penalty of perjury under the laws of the United States that the foregoing is
6  true and correct.

7  Executed this 1st day of July 2008, at San Francisco, California.

_____
Joseph J. Tabacco, Jr.

CERTIFICATE OF COUNSEL
JOSEPH J. TABACCO, JR. PURSUANT TO CIV. L.R. 3-7(D)                                  - 1 -