1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   nlavallee@bermanesq.com
3  Julie J. Bai (227047)
   jbai@bermanesq.com
4  **BERMAN DEVALERIO PEASE TABACCO
   BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA  94010
6  Telephone: (415) 433-3200
   Facsimile:  (415) 433-6282

**Local Counsel for Plaintiff Bristol County Retirement System**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated, <br><br>                    Plaintiff, <br><br>     vs. <br><br> WACHOVIA CORPORATION, G. KENNEDY THOMPSON, THOMAS J. WURTZ, and DONALD K. TRUSLOW, <br><br>                    Defendants. | Case No. C-08-02844-SC <br><br> **STIPULATION RE RESPONSE AND BRIEFING DATES AND [PROPOSED] ORDER** |

[C-08-02844-SC] STIPULATION RE RESPONSE AND BRIEFING DATES AND [PROPOSED] ORDER

1   WHEREAS, the above-captioned action is a class action asserting violations of sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78j(b) and 78t(a)) against Defendants Wachovia Corporation, G. Kennedy Thompson, Thomas J. Wurtz, and Donald K. Truslow (collectively referred to as "Defendants");

WHEREAS, the above-captioned action is subject to the procedural requirements of the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the administration of securities class actions;

WHEREAS, the PSLRA provides for the appointment of lead plaintiff(s) to act on behalf of the purported class, and further provides that the appointment of lead plaintiff(s) shall not be made until after a decision on a motion to consolidate is rendered (15 U.S.C. §78u-4(a)(3)(B)(ii));

WHEREAS, motions to consolidate and for appointment of lead plaintiff(s) and lead counsel will be filed in the above-captioned action by August 8, 2008; and

WHEREAS, because the special procedures specified in the Reform Act contemplate (i) the consolidation of similar actions, (ii) appointment of lead plaintiff(s) and (iii) the filing of a single consolidated complaint by lead plaintiff(s) and counsel to be appointed by the Court, requiring Defendants to respond to the initial complaint in the above-captioned action would serve no purpose and would result in the needless expenditure of private and judicial resources;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties in this action, as follows:

1.   Defendants need not respond to the current complaint.

2.   Lead Plaintiffs shall file an amended and /or consolidated complaint in this action no later than forty-five (45) days following issuance of an order by the Court appointing a lead plaintiff and lead counsel.

3.   Defendants shall have up to forty-five (45) days from the date of the filing and service of an amended and /or consolidated complaint to file Rule 12 motion(s).

[C-08-02844-SC] STIPULATION RE RESPONSE AND BRIEFING DATES AND [PROPOSED] ORDER                                            1

4. Lead Plaintiffs shall have up to forty-five (45) days from the date of the filing and service of Defendants' Rule 12 motion(s) to file opposition(s) to Defendants' Rule 12 motion(s).

5. Defendants shall have up to thirty (30) days from the date of the filing and service of Plaintiffs' opposition(s) to Defendants' Rule 12 motion(s) to file reply briefs to Plaintiffs' opposition(s).

6. This briefing schedule is subject to further modification after appointment of Lead Plaintiffs.

Date: August _4, 2008

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

By:   /s/ Nicole Lavallee
         NICOLE LAVALLEE

Joseph J. Tabacco, Jr.
Julie J. Bai
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6282

**Local Counsel for Plaintiff Bristol County Retirement System**

**LABATON SUCHAROW LLP**

By:   /s/ Andrei V. Rado
         ANDREI V. RADO

Christopher J. Keller (admitted pro hac vice)
ckeller@labaton.com
Andrei V. Rado (admitted pro hac vice)
arado@labaton.com
Alan I. Ellman (admitted pro hac vice)
aellman@labaton.com
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477

**Counsel for Plaintiff Bristol County Retirement System**

[C-08-02844-SC] STIPULATION RE RESPONSE AND BRIEFING DATES AND [PROPOSED] ORDER                                                                                                          2

**MUNGER, TOLLES & OLSON LLP**

By:   /s/ Robert L. Dell Angelo
      ROBERT L. DELL ANGELO

Marc T.G. Dworsky
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Telephone: (213) 683-9540
Facsimile:  (213) 683-4040

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this Stipulation Re Pleading Dates and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Andrei V. Rado of Labaton Sucharow LLP and Robert L. Dell Angelo of Munger, Tolles & Olson LLP, have concurred in this filing.

**O R D E R**

Pursuant to stipulation of the parties, **IT IS SO ORDERED**.

DATED: _____      _____
                                                                                 THE HONORABLE SAMUEL CONTI
                                                                                  UNITED STATES DISTRICT JUDGE