Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Nicole Lavallee (165755)
nlavallee@bermanesq.com
Julie J. Bai (227047)
jbai@bermanesq.com
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94010
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Local Counsel for Plaintiff Bristol County Retirement System**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA CORP., G. KENNEDY THOMPSON, THOMAS J. WURTZ, and DONALD K. TRUSLOW,<br><br>Defendants. | Civil Action No. C-08-02844-SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

[C-08-02844-SC] NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiff Bristol County Retirement System and their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Wachovia Corp., G. Kennedy Thompson, Thomas J. Wurtz, and Donald K. Truslow. An action substantially similar to this action, captioned *Lipetz v. Wachovia Corp.*, 08 Civ. 6171 (S.D.N.Y. filed July 7, 2008), is pending in the Southern District of New York. Defendants have not answered the complaint or filed a motion for summary judgment in this action.

Date: August 6, 2008

**LABATON SUCHAROW LLP**

By:   /s/ Andrei V. Rado
           Andrei V. Rado

Christopher J. Keller (admitted pro hac vice)
ckeller@labaton.com
Andrei V. Rado (admitted pro hac vice)
arado@labaton.com
Alan I. Ellman (admitted pro hac vice)
aellman@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

**Counsel for Plaintiff Bristol County Retirement System**

Nicole Lavallee
Joseph J. Tabacco, Jr.
Julie J. Bai
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Local Counsel for Plaintiff Bristol County Retirement System**

1  I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this
2  Notice of Voluntary Dismissal.  In compliance with General Order 45, X.B., I hereby attest that
3  Andrei V. Rado of Labaton Sucharow LLP has concurred in this filing.

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28