1
2
3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

4     BRISTOL COUNTY RETIREMENT                    Civil Action No. 3:08-cv-02844-SC
5     SYSTEM, Individually and on Behalf of All
      Others Similarly Situated,
6                        Plaintiff,
7
8     vs.
9     WACHOVIA CORPORATION; G.
      KENNEDY THOMPSON; THOMAS J.
10    WURTZ, and DONALD K. TRUSLOW,
11                       Defendants.

12    JERRY L. WEEKS, Individually and on          Civil Action No. To Be Assigned
      Behalf of All Others Similarly Situated,     Case Filed August 8, 2008
13
                         Plaintiff,
14
15    vs.
16    WACHOVIA CORPORATION; G.
      KENNEDY THOMPSON; THOMAS J.
17    WURTZ, and DONALD K. TRUSLOW,
18                       Defendants.
19
20
21                      **[PROPOSED] ORDER**
                   **CONSOLIDATING CASES**
22       **AND APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL**

23       Having considered the NYC Funds'[1] Motion for consolidation, appointment of the NYC

24       _____

25       [1]      Namely: the New York City Board of Education Retirement System ("NYC BERS");
      the New York City Employees' Retirement System ("NYCERS"); the New York City Police
26    Pension Fund ("NYC Police"); the New York City Police Officers' Variable Supplements Fund
      ("POVSF"); the New York City Police Superior Officers' Variable Supplements Fund ("PSOVSF");
      the New York City Fire Department Pension Fund ("NYC Fire"); the New York City Firefighters'
27    Variable Supplements Fund ("FFVSF"); the New York City Fire Officers' Variable Supplements
      Fund ("FOVSF"); the New York City Teachers' Retirement System ("NYC TRS"); and the New
28    York City Teachers' Retirement System Variable Annuity Program ("Teachers Variable A").

Funds as Lead Plaintiff and approval of Lead Plaintiff's selection of Lead Counsel and Liaison Counsel, the memorandum of law in support thereof, the declaration of Ira M. Press in support of that motion and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1)     The Motion is granted.

2)     The above-captioned actions are hereby consolidated.  The docket in the first-filed action, Civil Action No. 3:08-cv-02844-SC shall constitute a Master Docket for the consolidated pretrial proceedings in the above-captioned actions.  Every subsequent pleading in the consolidated proceeding (the "Action") shall have the following caption:

| | |
|---|---|
| IN RE WACHOVIA CORPORATION SECURITIES LITIGATION | Civil Action No. 3:08-cv-02844-SC |

3)     The NYC Funds are appointed to serve as Lead Plaintiff in the Action, pursuant to 15 U.S.C. §78u-4(a)(3)(B).

4)     The law firms Kirby McInerney LLP and Glancy Binkow & Goldberg LLP are hereby approved as Lead Counsel and Liaison Counsel, respectively, for the class.  Lead Counsel shall provide general supervision of the activities of plaintiff's counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

a)     to brief and argue motions;

b)     to initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, preparation of written interrogatories, requests for admissions and requests for production of documents;

c)     to direct and coordinate the examination of witnesses in depositions;

d)     to act as spokesperson at pretrial conferences;

e)     to call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

f)     to initiate and conduct any settlement negotiations with counsel for

1  defendants;

2            g)     to provide general coordination of the activities of plaintiffs' counsel and to

3  delegate work responsibilities to selected counsel as may be required in such a manner as to lead to

4  the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

5            h)     to consult with and employ experts;

6            i)     to receive and review periodic time reports of all attorneys on behalf of

7  plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs and

8  to determine and distribute plaintiffs' attorneys' fees; and

9            j)     to perform such other duties as may be expressly authorized by further order

10  of this Court.

11       5)     The Court requests the assistance of counsel in calling attention to the Clerk of this

12  Court the filing or transfer of any case that might properly be consolidated as part of the Action.

13

14       6)     When a case that arises out of the same subject matter as the Action is hereinafter

15  filed in this Court or transferred from another Court, the Clerk of this Court shall:

16            a)     file a copy of this Order in the separate file for such action;

17            b)     mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed

18  or transferred case and to any new defendant(s) in the newly filed case; and

19            c)      make the appropriate entry in the docket for the Action.

20       7)     Each new case that arises out of the subject matter of the Action which is filed in this

21  Court or transferred to this Court, shall be consolidated with the Action and this Order shall apply

22  thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order,

23  within ten (10) days after the date upon which a copy of this Order is served on counsel for such

24  party, by filing an application for relief and this Court deems it appropriate to grant such application.

25  Nothing in the foregoing shall be construed as a waiver of defendants' right to object to consolidation

26  of any subsequently filed or transferred related action.

27

28  Dated: _____, 2008

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____
Honorable Samuel Conti
United States District Judge

1    Submitted by:

2    Susan G. Kupfer (#141724)
     **GLANCY BINKOW & GOLDBERG LLP**
3    One Embarcadero Center, Suite 760
     San Francisco, California  94111
4    Telephone:      (415) 972-8160
     Facsimile:      (415) 972-8166
5    Email: skupfer@glancylaw.com

6
     Michael Goldberg (#188669)
7    **GLANCY BINKOW & GOLDBERG LLP**
     1801 Avenue of the Stars, Suite 311
8    Los Angeles, CA 90067
     Telephone: (310) 201-9150
9    Facsimile: (310) 201-9160
     Email: info@glancylaw.com
10
     ***Proposed Liaison Counsel for Movants,***
11   ***the New York City Pension Funds***

12   Roger W. Kirby
     Ira M. Press
13   **KIRBY, MCINERNEY LLP**
     825 Third Ave, 16th Floor
14   New York, NY 10022
     Telephone:      (212) 317-2300
15   Facsimile:      (212) 751-2540
     Email: ipress@kmllp.com
16
17   ***Attorneys and Proposed Lead Counsel for Movants,***
     ***the New York City Pension Funds***
18

19

20

21

22

23

24

25

26

27

28