SUSAN G. KUPFER (#141724)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, California 94111
Telephone: (415) 972-8160
Facsimile: (415) 972-8166
Email: skupfer@glancylaw.com

MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Liaison Attorney for Proposed Lead Plaintiffs, the New York City Pension Funds*

*Liaison Attorney for Proposed Lead Plaintiffs, the New York City Pension Funds*

ROGER W. KIRBY
IRA M. PRESS
KIRBY MCINERNEY LLP
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 317-2300
Facsimile: (212) 751-2540
Email: ipress@kmllp.com

*Attorneys for Proposed Lead Plaintiffs, the New York City Pension Funds*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WACHOVIA CORPORATION; G. KENNEDY THOMPSON; THOMAS J. WURTZ, and DONALD K. TRUSLOW,<br><br>　　　　　　　Defendants. | Civil Action No. 3:08-cv-02844-SC<br><br><u>CLASS ACTION</u><br><br><br>Hon. Samuel Conti |

*(Additional Caption on Following Page)*

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45 AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

| | |
|---|---|
| JERRY L. WEEKS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA CORPORATION; G. KENNEDY THOMPSON; THOMAS J. WURTZ, and DONALD K. TRUSLOW,<br><br>Defendants. | Civil Action No. To Be Assigned<br>Case Filed August 8, 2008<br><br><u>CLASS ACTION</u> |

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is One Embarcadero Center, Suite 760, San Francisco, California 94111.

On August 8, 2008, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

**1. NOTICE OF MOTION, MOTION, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE MOTION OF THE NEW YORK CITY PENSION FUNDS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL**

**2. DECLARATION OF IRA M. PRESS IN SUPPORT OF MOTION OF THE NEW YORK CITY PENSION FUNDS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL**

**3. PROPOSED ORDER**

on all ECF-registered parties in the action and, upon all others not so-registered but instead listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California. They are:

**SEE ATTACHED SERVICE LIST**

Executed on August 8, 2008, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

                                          *s/Tia Reiss*
                                          **Tia Reiss**

**SERVICE LIST**
**Electronically to all ECF-Registered Entities**
**By U.S. Mail To All Known Non-ECF Registered Entities**

*Attorneys for Defendants:*

Robert L. Dell Angelo
Marc T.G. Dworsky
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9540
Facsimile: (213) 683-4040

*Attorneys for Plaintiffs:*

| | |
|---|---|
| Andrei V. Rado<br>Christopher J. Keller<br>Alan I. Ellman<br>LABATON SUCHAROW LLP<br>140 Broadway New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile: (212) 818-0477<br><br>*Counsel for Plaintiff Bristol County Retirement System* | Evan J. Smith<br>BRODSKY & SMITH, LLC<br>240 Mineola Boulevard<br>Mineola, NY 11501<br>Telephone: (516) 741-4977<br>Facsimile: (516) 741-0626<br><br>*Counsel for New York Action Plaintiffs Morton Lipetz and Evelyn Jean Lipetz* |
| Nicole Lavallee<br>Joseph J. Tabacco, Jr.<br>Julie J. Bai<br>BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO<br>425 California Street, Suite 2100<br>San Francisco, CA 94104<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6282<br><br>*Local Counsel for Plaintiff Bristol County Retirement System* | |