United States District Court
For the Northern District of California

```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WACHOVIA CORP., G. KENNEDY THOMPSON, THOMAS J. WURTZ, and DONALD K. TRUSLOW,<br><br>    Defendants. | No. 08-2488 SC<br><br>ORDER RE MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEAD <u>PLAINTIFF</u> |

Plaintiffs the New York City Pension Funds filed the instant motion to consolidate this action with a similar case pending in the Southern District of New York, to appoint them as the Lead Plaintiffs in the consolidated action, and for other related relief.  Docket No. 24.  This case was dismissed voluntarily prior to the filing of the instant motion.  <u>See</u> Docket No. 23.  The Court therefore finds the motion MOOT.

    IT IS SO ORDERED.

August 14, 2008

                                               /s/ Samuel Conti
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRISTOL COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WACHOVIA CORP., G. KENNEDY THOMPSON, THOMAS J. WURTZ, and DONALD K. TRUSLOW,<br><br>    Defendants. | No. 08-2844 SC<br><br>ORDER RE MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEAD <u>PLAINTIFF</u> |

Plaintiffs the New York City Pension Funds filed the instant motion to consolidate this action with a similar case pending in the Southern District of New York, to appoint them as the Lead Plaintiffs in the consolidated action, and for other related relief. Docket No. 24. This case was dismissed voluntarily prior to the filing of the instant motion. <u>See</u> Docket No. 23. The Court therefore finds the motion MOOT.

IT IS SO ORDERED.

August 14, 2008

_____
UNITED STATES DISTRICT JUDGE